UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FITZGERALD TRUCK PARTS AND SALES, LLC, f/k/a FITZGERALD KIT TRUCKS AND SALES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:19-cv-00008<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**JOINT MOTION TO SET STATUS CONFERENCE**

Plaintiff and Defendant jointly move to set a status conference for the above captioned case.

1. By joint motion filed on November 5, 2020 (ECF No. 75), the parties moved to consolidate the above-captioned case (Fitzgerald I) with the related case *Fitzgerald Truck Parts and Sales, LLC, f/k/a Fitzgerald Kit Trucks and Sales, LLC*, No. 2:20-cv-00026 (Fitzgerald II), for both discovery and trial.

2. The parties would like to clarify with the Magistrate Judge certain aspects of the existing case management order for Fitzgerald I relating to its discovery and expert deadlines which are enlarged under the pending joint motion to consolidate.to conform with the discovery and expert deadlines set forth in Case Management Order for Fitzgerald II.

**WHEREFORE**, Plaintiff and Defendant respectfully request that a status conference be set for this case.

Dated: February 12, 2021

Respectfully submitted,

*/s/ Kendall C. Jones*   (with permission)
KENDALL C. JONES (*pro hac vice*)
Eversheds Sutherland (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
(202) 383-0825
kendalljones@eversheds-sutherland.com

*/s/ John A. Lindquist*
JOHN A. LINDQUIST (*pro hac vice*)
Senior Litigation Counsel, Tax Division
United States Department of Justice
555 4th Street, N.W., Room 7203
Washington, DC 20044
(202) 307-6561
John.A.Lindquist@usdoj.gov

*Counsel for the United States*

W. SCOTT SIMS (#17563)
Sims Funk, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203-6817
(615) 292-9335
ssims@simsfunk.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served on the following individual via the Court's CM/EFC system on February 12, 2021:

KENDALL C. JONES (*pro hac vice*)
Eversheds Sutherland (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
(202) 383-0825
kendalljones@eversheds-sutherland.com


W. SCOTT SIMS (#17563)
Sims Funk, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203-6817
(615) 292-9335
ssims@simsfunk.com


*/s/ John A. Lindquist*
John A. Lindquist

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FITZGERALD TRUCK PARTS AND SALES, LLC, f/k/a FITZGERALD KIT TRUCKS AND SALES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 2:20-cv-00026<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**ORDER**

Upon due consideration of Plaintiff's and Defendant's Joint Motion to Set Status Conference, it is hereby ordered that:

1. The motion is GRANTED; and

2. A Status Conference is scheduled for _____, 2021.

Signed this _____ day of _____, 2021.

_____
HON. ALISTAIR E. NEWBERN
United States Magistrate Judge