UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FITZGERALD TRUCK PARTS AND SALES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:19-cv-00008 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

In consultation with Chief Judge Crenshaw, the parties' joint motion to consolidate Case No. 2:19-cv-0008 and Case No. 2:20-cv-00026 (Doc. No. 75) is GRANTED; the cases shall be consolidated for all purposes including trial. Case No. 2:19-cv-0008 shall be the lead case and all future filings shall be made under that case number.

The parties' joint motion for a case management conference is GRANTED. (Doc. No. 78.) A telephone conference with the Magistrate Judge is set on March 16, 2021 at 10:30 a.m. The parties shall file a joint proposed amended case management order addressing the consolidation of the cases by March 12, 2021. The parties shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge