UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| FITZGERALD TRUCK PARTS AND SALES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:19-cv-00008<br>Case No. 2:20-cv-00026<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

For administrative reasons, the Court amends its February 25, 2021 order and designates Case No. 2:20-cv-00026 as the lead case in this consolidated action. The Clerk's Office is DIRECTED to refile Case No. 2:19-cv-00008 Docket Entries 80 and 81 in Case No. 2:20-cv-00026. The parties are ORDERED to make all future filings in Case No. 2:20-cv-00026.

The Clerk's Office is further DIRECTED to ADMINISTRATIVELY CLOSE Case No. 2:19-cv-00008 subject to any party's right to move to reopen that action if needed. Should the parties refer to or rely upon docket entries in Case No. 2:19-cv-00008 in future filings, they shall state the docket number and date of filing of the referenced document.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge